UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHLEEN McGILL,

    Plaintiff,

File nos: 1:08-CV-1205
            1:08-CV-1206

v.

HON. ROBERT HOLMES BELL

WESTERN MICHIGAN UNIVERSITY,

    Defendant.
    _____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Plaintiff's complaints are hereby **DISMISSED** for failure to state a claim upon which relief can be granted.

Date:   February 25, 2009        /s/ Robert Holmes Bell
                                                 ROBERT HOLMES BELL
                                                 UNITED STATES DISTRICT JUDGE